# United States Court of Appeals
### For the Eighth Circuit

_____

No. 22-2584

_____

Bird Industries, Inc., A South Dakota corporation; Laura Bird, Individually

*Plaintiffs - Appellants*

v.

Tribal Business Council of the Three Affiliated Tribes
of the Fort Berthold Indian Reservation

*Defendant - Appellee*

_____

Appeal from United States District Court
for the District of North Dakota

_____

Submitted: March 9, 2023
Filed: March 14, 2023
[Unpublished]

_____

Before COLLOTON, KELLY, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Bird Industries, Inc. and Laura Bird appeal the district court's[1] dismissal of their civil action against the Tribal Business Council of the Three Affiliated Tribes of the Fort Berthold Indian Reservation based on tribal sovereign immunity. Upon careful review, we affirm for the reasons stated by the district court. *See* 8th Cir. R. 47B.

————————————————

---

[1]The Honorable Daniel L. Hovland, United States District Judge for the District of North Dakota.